```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )        3:14cr433-MHT
                            )             (WO)
BOBBY RYDELL "YAK"          )
NORMAN                      )
```

ORDER

It is ORDERED that defendant Bobby Rydell "Yak" Norman's motion to continue (doc. no. 61) is denied. Defense counsel has more than sufficient time to prepare the trial now set for April 6, 2015. However, if defense counsel, who was only just recently appointed by the court, has a "vacation conflict" with the April 6 trial date, then defense counsel should withdraw so that other court-appointed counsel, who has no such conflict, can represent defendant Bobby Rydell "Yak" Norman.

DONE, this the 1st day of December, 2014.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE